**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re: AMBER E. OVENS,** : **CHAPTER 13**

**Debtor** : **BANKRUPTCY NO. 15-15823**

**ORDER SUSTAINING DEBTOR'S OBJECTIONS TO AMENDED PROOF OF CLAIM ("POC") No. 3-2 FILED BY COLONIAL SAVINGS & LOAN ("Colonial")**

AND NOW, this day of August, 2016, it is hereby ORDERED as follows:

1. The Objections are SUSTAINED.
2. The Amended Proof of Claim filed by Colonial (No. 3-2 ) is DISALLOWED and Claim No. 3-1 shall stand as the only allowed claim on behalf of Colonial in this case.

______________________________

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re: AMBER E. OVENS,** : **CHAPTER 13**

**Debtor** : **BANKRUPTCY NO. 15-15823A**

**DEBTOR'S OBJECTIONS TO AMENDED PROOF OF CLAIM ("POC") NO. 3-2 FILED BY COLONIAL SAVINGS & LOAN ("Colonial")**

The Debtor now comes and makes the following Objections ("the Objections") to the Proof of Claim (No. 3-2) ("the POC") filed in this case by Colonial::

1. A copy of the first seven pages of POC No. 3-2 is attached hereto.

2. The POC was filed on June 28, 2016.

3. The bar date for entities to file proofs of claim in this case was February 14, 2016.

4. When Colonial itself failed to file a proof of claim by the Bar Date, the Debtor filed a proof of claim on behalf of Colonial on February 15, 2016, pursuant to Federal Rule of Bankruptcy Procedure 3004, designated as Claim No. 3-1. A copy of this clsaim is also attached hereto. .

5. Counsel for Colonia filed an Entry of Appearance on February 25, 2016, making clear that it was aware of this case and had access to all filings in this case..

6. On February 27, 2016, the Debtor filed an Amended Plan which specifically provided that Colonial would be paid the amount set forth as arrears due in Claim No. 3-1 in full consideration of Colonial's arrears owed.

7. No objection to confirmation of the Amended Plan was filed by Colonial, and the Amended Plan was therefore confirmed without objection on April 6, 2016.

8. On June 28, 2016, over two months after the Amended Plan was duly confirmed, Colonial filed Claim No. 3-2 as an attempt to amend Claim no. 3-1.

9. The challenged proof of claim is untimely filed, and, if allowed, would frustrate the Debtor's confirmed plan, since it demands more than Colonial was provided in the confirmed plan.

WHEREFORE, the Debtor requests that this court will enter the Proposed Order accompanying the Objections.

/s/DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA. 19148
610-550-1765
Attorney for Debtor

**Fill in this information to identify the case:**

Debtor 1: Amber E. Owens

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 15-15823

Official Form 410

# Proof of Claim

12/15

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Colonial Savings & Loan
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor:

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name:
Number Street: 2626 West Freeway
City: Fort Worth State: TX ZIP Code: 76102
Contact phone: 800-937-6002
Contact email: www.servicehomeloan.com

**Where should payments to the creditor be sent? (if different)**

Name:
Number Street:
City: State: ZIP Code:
Contact phone:
Contact email:

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ____ Filed on MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
- ☐ No
- ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 0 5 3 6

7. **How much is the claim?** $ 180,552.85

**Does this amount include interest or other charges?**
- ☐ No
- ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money Loaned

9. **Is all or part of the claim secured?**
- ☐ No
- ☑ Yes. The claim is secured by a lien on property.

**Nature of property:**
- ☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
- ☐ Motor vehicle
- ☐ Other. Describe: ______

**Basis for perfection:** ______

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ 192,000.00

**Amount of the claim that is secured:** $ 180,552.85

**Amount of the claim that is unsecured:** $ ______ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ 18,000.00

**Annual Interest Rate** (when case was filed) 4.00 %
- ☑ Fixed
- ☐ Variable

10. **Is this claim based on a lease?**
- ☑ No
- ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ ______

11. **Is this claim subject to a right of setoff?**
- ☑ No
- ☐ Yes. Identify the property: ______

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. Check all that apply:

Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $________

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $________

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $________

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $________

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $________

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. $________

* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 02/15/2016
MM / DD / YYYY

Signature

**Print the name of the person who is completing and signing this claim:**

Name: David A. Scholl
First name / Middle name / Last name

Title: Attorney for Debtor

Company: ________
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 512 Hoffman St
Number Street

Philadelphia PA 19148
City State ZIP Code

Contact phone: 610-550-1765 Email: judgescholl@gmail.com

**Fill in this information to identify the case:**

Debtor 1 Amber E Owens

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number 15-15823 AMC

Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

COLONIAL SAVINGS F.A.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

**Colonial Savings, F.A.**
Name
**2626 B West Freeway**
Number Street
**Fort Worth, TX 76102**
City State ZIP Code

Contact phone

Contact email

Where should payments to the creditor be sent? (if different)

**Colonial Savings, F.A.**
Name
**P.O. Box 2988**
Number Street
**Fort Worth, TX 76113**
City State ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

______

**4. Does this claim amend one already filed?**

☐ No
☒ Yes. Claim number on court claims registry (if known) 3-1 Filed on 02/15/2016 (MM / DD / YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing? ______

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: **0538**

7. **How much is this claim?** $ 205,572.64 **Does this amount include interest or other charges?**
☐ No
☒ Yes Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001 (c)(2)(A).

8. **What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.
**Money Loaned**

9. **Is all or part of the claim secured?**
☐ No
☒ Yes. The claim is secured by a lien on property.
**Nature of property:**
☒ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe
**Basis for perfection:** Mortgage/Note/Property 410 Sycamore Avenue, Croydon PA 19021
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
**Value of property** $
**Amount of the claim that is secured:** $205,572.64
**Amount of the claim that is unsecured:** $ (The sum of the secured and unsecured amounts should match the amount in line 7.)
**Amount necessary to cure any default as of the date of the petition:** $ 30,495.62
**Annual Interest Rate** (when case was filed) **4.000%**
☒ Fixed
☐ Variable

10. **Is this claim based on a lease?**
☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $

11. **Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property:

Case 15-15823-amc Claim 3-1 Filed 06/28/16 Desc Main Document Page 3 of 4

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check all that apply.*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $________

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $________

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $________

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $________

☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. $________

* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 06/28/2016
MM / DD / YYYY

/s/ Joshua I. Goldman, Esquire
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Joshua I. Goldman (First name) | Middle name | Last name

Title: Bankruptcy Attorney

Company: KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 701 Market Street, Suite 5000 (Number, Street)
Philadelphia (City) PA (State) 19106 (ZIP Code)

Contact phone: (215) 825-6306 Email: jgoldman@kmllawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Amber E. Ovens
Debtor

CHAPTER 13
Debtor(s)
NO. 15-15823 AMC

CERTIFICATE OF SERVICE

I, the undersigned, attorney for COLONIAL SAVINGS F.A. do hereby certify that true and correct copies of the foregoing Amended Proof of Claim have been served June 28, 2016 by electronic filing upon those listed below.

Attorney for Debtor
David A. Scholl, Esq. (VIA ECF)
Law Office of David A. Scholl
512 Hoffman Street
Philadelphia, PA 19148

***Bankruptcy Trustee***
William C. Miller Esq. (VIA ECF)
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Date: June 28, 2016

***/s/ Joshua I. Goldman, Esquire***
Joshua I. Goldman
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734
Attorney for Movant/Applicant

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage As Of Date Of Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case Number | 15-15823-amc | Principal Balance | $180,552.85 | Principal & Interest | [illegible] | Principal & Interest | [illegible] |
| Debtor 1 | [illegible] | Interest Due | $11,398.77 | Prepetition Fees Due | $4,077.69 | | |
| Debtor 2 | | MIP Amount | $0.00 | Escrow Def for Funds Advanced | $9,443.37 | Monthly Escrow | [illegible] |
| Last 4 Digits to Identify | 538 | Fees / Costs Due | $4,077.69 | Projected Escrow Shortage | $0.00 | | |
| Creditor | | Escrow Def for Funds Advanced | $9,443.37 | | | Mortgage Insurance | $0.00 |
| Servicer | Colonial Savings, F.A. | Less Total Funds on Hand | $0.00 | Less Total Funds on Hand | $0.00 | | |
| Fixed Accrual/ Daily Simple Interest or Other | Fixed | TOTAL DEBT | [illegible] | Total Prepetition Arrears | [illegible] | Total Monthly Payment | [illegible] |

**PART 5: Loan Payment History From First Date of Default**

| Account Activity | | | | | | | How Funds Were Applied / Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
| mm/dd/yyyy | | | | from the list | | calculated | | | | | | calculated | calculated | calculated | calculated | calculated |
| Date | Contractual Payment Amount | Funds Received | Amount Incurred | Description | Contractual Due Date | Prin, Int & Esc Past Due Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to Fees or Charges | Unapplied Funds | Principal Balance | Accrued Interest Balance | Escrow Balance | Fees/Charges Balance | Unapplied Funds Balance |
| 2/1/2014 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 1,486.30 | | | | | | 180,552.85 | 0.00 | (1,120.88) | 0.00 | 0.00 |
| 2/16/2014 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 1,486.30 | | | | 59.45 | | 180,552.85 | | (1,120.88) | 59.45 | 0.00 |
| 3/1/2014 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 2,972.60 | | | | | | 180,552.85 | | (1,120.88) | 59.45 | 0.00 |
| 3/16/2014 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 2,972.60 | | | | 59.45 | | 180,552.85 | | (1,120.88) | 118.90 | 0.00 |
| 4/1/2014 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 4,458.90 | | | | | | 180,552.85 | | (1,120.88) | 118.90 | 0.00 |
| 4/16/2014 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 4,458.90 | | | | 59.45 | | 180,552.85 | | (1,120.88) | 178.35 | 0.00 |
| 5/1/2014 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 5,945.20 | | | | | | 180,552.85 | | (1,120.88) | 178.35 | 0.00 |
| 5/16/2014 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 5,945.20 | | | | 59.45 | | 180,552.85 | | (1,120.88) | 237.80 | 0.00 |
| 6/1/2014 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 7,431.50 | | | | | | 180,552.85 | | (1,120.88) | 237.80 | 0.00 |
| 6/16/2014 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 7,431.50 | | | | 59.45 | | 180,552.85 | | (1,120.88) | 297.25 | 0.00 |
| 6/26/2014 | | | 169.64 | MIP Disbursement | 2/1/2014 | 7,431.50 | | | (169.64) | | | 180,552.85 | | (1,290.52) | 297.25 | 0.00 |
| 7/1/2014 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 8,917.80 | | | | | | 180,552.85 | | (1,290.52) | 297.25 | 0.00 |
| 7/16/2014 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 8,917.80 | | | | 59.45 | | 180,552.85 | | (1,290.52) | 356.70 | 0.00 |
| 7/29/2014 | | | 169.64 | MIP Disbursement | 2/1/2014 | 8,917.80 | | | (169.64) | | | 180,552.85 | | (1,460.16) | 356.70 | 0.00 |
| 8/1/2014 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 10,404.10 | | | | | | 180,552.85 | | (1,460.16) | 356.70 | 0.00 |
| 8/4/2014 | | | 2,868.38 | Prop Tax Disbursement | 2/1/2014 | 10,404.10 | | | (2,868.38) | | | 180,552.85 | | (4,328.54) | 356.70 | 0.00 |
| 8/16/2014 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 10,404.10 | | | | 59.45 | | 180,552.85 | | (4,328.54) | 416.15 | 0.00 |
| 8/27/2014 | | | 169.64 | MIP Disbursement | 2/1/2014 | 10,404.10 | | | (169.64) | | | 180,552.85 | | (4,498.18) | 416.15 | 0.00 |
| 9/1/2014 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 11,890.40 | | | | | | 180,552.85 | | (4,498.18) | 416.15 | 0.00 |
| 9/16/2014 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 11,890.40 | | | | 59.45 | | 180,552.85 | | (4,498.18) | 475.60 | 0.00 |
| 9/26/2014 | | | 169.64 | MIP Disbursement | 2/1/2014 | 11,890.40 | | | (169.64) | | | 180,552.85 | | (4,667.82) | 475.60 | 0.00 |
| 10/1/2014 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 13,376.70 | | | | | | 180,552.85 | | (4,667.82) | 475.60 | 0.00 |
| 10/16/2014 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 13,376.70 | | | | 59.45 | | 180,552.85 | | (4,667.82) | 535.05 | 0.00 |
| 10/30/2014 | | | 169.64 | MIP Disbursement | 2/1/2014 | 13,376.70 | | | (169.64) | | | 180,552.85 | | (4,837.46) | 535.05 | 0.00 |
| 10/30/2014 | | | 825.00 | FC Attorneys Fees | 2/1/2014 | 13,376.70 | | | | 825.00 | | 180,552.85 | | (4,837.46) | 1,360.05 | 0.00 |
| 10/30/2014 | | | 250.00 | Title Exam | 2/1/2014 | 13,376.70 | | | | 250.00 | | 180,552.85 | | (4,837.46) | 1,610.05 | 0.00 |
| 11/1/2014 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 14,863.00 | | | | | | 180,552.85 | | (4,837.46) | 1,610.05 | 0.00 |
| 11/16/2014 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 14,863.00 | | | | 59.45 | | 180,552.85 | | (4,837.46) | 1,669.50 | 0.00 |
| 11/24/2014 | | | 169.64 | MIP Disbursement | 2/1/2014 | 14,863.00 | | | (169.64) | | | 180,552.85 | | (5,007.10) | 1,669.50 | 0.00 |
| 12/1/2014 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 16,349.30 | | | | | | 180,552.85 | | (5,007.10) | 1,669.50 | 0.00 |
| 12/16/2014 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 16,349.30 | | | | 59.45 | | 180,552.85 | | (5,007.10) | 1,728.95 | 0.00 |
| 12/29/2014 | | | 169.64 | MIP Disbursement | 2/1/2014 | 16,349.30 | | | (169.64) | | | 180,552.85 | | (5,176.74) | 1,728.95 | 0.00 |
| 1/1/2015 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 17,835.60 | | | | | | 180,552.85 | | (5,176.74) | 1,728.95 | 0.00 |
| 1/6/2015 | | | 238.00 | FC Filing Cost | 2/1/2014 | 17,835.60 | | | | 238.00 | | 180,552.85 | | (5,176.74) | 1,966.95 | 0.00 |
| 1/6/2015 | | | 58.00 | Service Costs | 2/1/2014 | 17,835.60 | | | | 58.00 | | 180,552.85 | | (5,176.74) | 2,024.95 | 0.00 |
| 1/16/2015 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 17,835.60 | | | | 59.45 | | 180,552.85 | | (5,176.74) | 2,084.40 | 0.00 |
| 1/23/2015 | | | 169.64 | MIP Disbursement | 2/1/2014 | 17,835.60 | | | (169.64) | | | 180,552.85 | | (5,346.38) | 2,084.40 | 0.00 |

Case 15-15823-amc Claim 3-2 Part 2 Filed 06/28/16 Desc Exhibit 410A History Page 2 of 2

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage As Of Date Of Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case number | 15-15823-amc | Principal Balance | $180,552.85 | Principal & Interest | [illegible] | Principal & Interest | [illegible] |
| Debtor 1 | [illegible] | Interest Due | $11,498.77 | Prepetition Fees Due | $4,077.69 | | |
| Debtor 2 | | MIP Amount | $0.00 | Escrow Deficiency For Funds Advanced | $9,443.33 | Monthly Escrow | [illegible] |
| Last 4 Digits to Identify | 378 | Fees / Costs Due | $4,077.69 | Projected Escrow Shortage | $0.00 | | |
| Creditor | [illegible] | Escrow Deficiency For Funds Advanced | $9,443.33 | | | Mortgage Insurance | $0.00 |
| Servicer | Colonial Savings, FA | Less Total Funds on Hand | $0.00 | Less Total Funds on Hand | $0.00 | | |
| Fixed Accrual/ Daily Simple Interest or Other | Fixed | TOTAL DEBT | $205,572.64 | Total Prepetition Arrears | [illegible] | Total Monthly Payment | [illegible] |

**PART 5: Loan Payment History From First Date of Default**

| | Account Activity | | | | | | How Funds Were Applied / Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
| mm/dd/yyyy | | | | from the list | | calculated | | | | | | calculated | calculated | calculated | calculated | calculated |
| Date | Contractual Payment Amount | Funds Received | Amount Incurred | Description | Contractual Due Date | Prin, Int & Esc Past Due Balance | Amount to Principal | Amount to Interest | Amount to Escrow | Amount to Fees or Charges | Unapplied funds | Principal Balance | Accrued Interest Balance | Escrow Balance | Fees/Charges Balance | Unapplied Funds Balance |
| 2/1/2015 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 19,321.90 | | | | | | 180,552.85 | | (5,346.38) | 2,084.40 | 0.00 |
| 2/9/2015 | | | 940.76 | Prop Tax Disbursement | 2/1/2014 | 19,321.90 | | | (940.76) | | | 180,552.85 | | (6,287.14) | 2,084.40 | 0.00 |
| 2/16/2015 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 19,321.90 | | | | 59.45 | | 180,552.85 | | (6,287.14) | 2,143.85 | 0.00 |
| 2/26/2015 | | | 169.64 | MIP Disbursement | 2/1/2014 | 19,321.90 | | | (169.64) | | | 180,552.85 | | (6,456.78) | 2,143.85 | 0.00 |
| 3/1/2015 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 20,808.20 | | | | | | 180,552.85 | | (6,456.78) | 2,143.85 | 0.00 |
| 3/16/2015 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 20,808.20 | | | | 59.45 | | 180,552.85 | | (6,456.78) | 2,203.30 | 0.00 |
| 3/27/2015 | | | 166.19 | MIP Disbursement | 2/1/2014 | 20,808.20 | | | (166.19) | | | 180,552.85 | | (6,622.97) | 2,203.30 | 0.00 |
| 4/1/2015 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 22,294.50 | | | | | | 180,552.85 | | (6,622.97) | 2,203.30 | 0.00 |
| 4/7/2015 | | | 330.00 | FC Attorneys Fees | 2/1/2014 | 22,294.50 | | | | 330.00 | | 180,552.85 | | (6,622.97) | 2,533.30 | 0.00 |
| 4/16/2015 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 22,294.50 | | | | 59.45 | | 180,552.85 | | (6,622.97) | 2,592.75 | 0.00 |
| 4/20/2015 | | | 2,000.00 | Sheriff Deposit | 2/1/2014 | 22,294.50 | | | | 2,000.00 | | 180,552.85 | | (6,622.97) | 4,592.75 | 0.00 |
| 4/21/2015 | | | 49.25 | Judgment Writ | 2/1/2014 | 22,294.50 | | | | 49.25 | | 180,552.85 | | (6,622.97) | 4,642.00 | 0.00 |
| 4/22/2015 | | | 166.19 | MIP Disbursement | 2/1/2014 | 22,294.50 | | | (166.19) | | | 180,552.85 | | (6,789.16) | 4,642.00 | 0.00 |
| 4/28/2015 | | | 125.00 | Title Exam | 2/1/2014 | 22,294.50 | | | | 125.00 | | 180,552.85 | | (6,789.16) | 4,767.00 | 0.00 |
| 4/30/2015 | | | 95.00 | Service Costs | 2/1/2014 | 22,294.50 | | | | 95.00 | | 180,552.85 | | (6,789.16) | 4,862.00 | 0.00 |
| 4/30/2015 | | | 49.00 | Property Inspection | 2/1/2014 | 22,294.50 | | | | 49.00 | | 180,552.85 | | [illegible] | 4,911.00 | 0.00 |
| 5/1/2015 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 23,780.80 | | | | | | 180,552.85 | | (6,789.16) | 4,911.00 | 0.00 |
| 5/16/2015 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 23,780.80 | | | | 59.45 | | 180,552.85 | | (6,789.16) | 4,970.45 | 0.00 |
| 6/1/2015 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 25,267.10 | | | | | | 180,552.85 | | (6,789.16) | 4,970.45 | 0.00 |
| 6/2/2015 | | | 167.85 | MIP Disbursement | 2/1/2014 | 25,267.10 | | | (167.85) | | | 180,552.85 | | (6,957.01) | 4,970.45 | 0.00 |
| 6/16/2015 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 25,267.10 | | | | 59.45 | | 180,552.85 | | (6,957.01) | 5,029.90 | 0.00 |
| 6/25/2015 | | | 2,155.60 | Prop Tax Disbursement | 2/1/2014 | 25,267.10 | | | (2,155.60) | | | 180,552.85 | | (9,112.61) | 5,029.90 | 0.00 |
| 7/1/2015 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 26,753.40 | | | | | | 180,552.85 | | (9,112.61) | 5,029.90 | 0.00 |
| 7/1/2015 | | | 167.85 | MIP Disbursement | 2/1/2014 | 26,753.40 | | | (167.85) | | | 180,552.85 | | (9,280.46) | 5,029.90 | 0.00 |
| 7/13/2015 | | | 15.00 | Property Inspection | 2/1/2014 | 26,753.40 | | | | 15.00 | | 180,552.85 | | (9,280.46) | 5,044.90 | 0.00 |
| 7/16/2015 | | | 59.45 | Late Charge Assessment | 2/1/2014 | 26,753.40 | | | | 59.45 | | 180,552.85 | | (9,280.46) | 5,104.35 | 0.00 |
| 8/1/2015 | 1,486.30 | | | Monthly Payment Due | 2/1/2014 | 28,239.70 | | | | | | 180,552.85 | | (9,280.46) | 5,104.35 | 0.00 |
| 8/4/2015 | | | 162.87 | MIP Disbursement | 2/1/2014 | 28,239.70 | | | (162.87) | | | 180,552.85 | | (9,443.33) | 5,104.35 | 0.00 |
| 10/21/2015 | | | 1,026.66 | Sheriff Refund | 2/1/2014 | 28,239.70 | | | | (1,026.66) | | 180,552.85 | | (9,443.33) | 4,077.69 | 0.00 |

Case 15-15823-amc Claim 3-2 Part 3 Filed 09/28/16 Desc Exhibit Escrow Statement Page 1 of 1

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

*PROJECTIONS FOR COMING YEAR*

August 13, 2015

AMBER E OVENS
0
410 SYCAMORE AVE
CROYDON PA 19021

Reference: Mortgage Account Number: [redacted]

Dear Mortgagor:

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

| Escrow Item Description | Next | Estimated Next Amt (Spread Over 12 Mos.) | Esti. Next Annual Disbursement |
|---|---|---|---|
| State Taxes | | | $0.00 |
| County Taxes | August-16 | $244.96 | $2,939.50 |
| City Taxes | April-17 | $89.82 | $1,077.80 |
| School Taxes | | | $0.00 |
| Hazard Premium | February-17 | $80.19 | $962.28 |
| FHA Insurance | | $166.19 | $1,994.28 |
| Flood/Other Hazard Ins. | | | $0.00 |
| PMI | | | $0.00 |
| **Standard Monthly Escrow Deposit (12)** | | 581.16 | |
| **Total Estimated Disbursements** | | 6973.86 | |
| **Minimum Reserve Requirement (÷ 6)** | | 1162.31 | |

| Month | Deposit | PMI Insurance Disbursement | Disbursement | Escrow Balance |
|---|---|---|---|---|
| | | | | $0.00 |
| September-15 | $581.16 | $166.19 | $2,939.50 | -$2,524.54 |
| October-15 | $581.16 | $166.19 | $1,077.80 | -$3,187.97 *Low Point Month |
| November-15 | $581.16 | $166.19 | $0.00 | -$2,772.41 |
| December-15 | $581.16 | $166.19 | $0.00 | -$2,357.44 |
| January-16 | $581.16 | $166.19 | $0.00 | -$1,942.48 |
| February-16 | $581.16 | $166.19 | $962.28 | -$2,489.79 |
| March-16 | $581.16 | $166.19 | $0.00 | -$2,074.83 |
| April-16 | $581.16 | $166.19 | $0.00 | -$1,659.86 |
| May-16 | $581.16 | $166.19 | $0.00 | -$1,244.90 |
| June-16 | $581.16 | $166.19 | $0.00 | -$829.93 |
| July-16 | $581.16 | $166.19 | $0.00 | -$414.97 |
| August-16 | $581.16 | $166.19 | $0.00 | $0.00 |

*Low Point Month identifies when your Escrow Balance drops to its lowest balance in the projected year.

Projected Low Point/Shortage Balance: $0.00 **

Required Minimum Reserve (Cushion): 1162.31 Minimum Reserve divided by 12 months: 96.86

Total Projected Shortage or Overage: -1162.31

**Negative Low Point Balance, if any, will be submitted to the Trustee.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING

Monthly Payment Information: Next Due Date: October 1, 2015

| | |
|---|---|
| Principal and Interest: | $893.40 |
| Escrow Deposit: | $581.16 |
| Monthly Reserve/Cushion: | $96.86 |
| TOTAL: | $1,571.41 |