**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:
**AMBER E. OVENS,**                                           :          **CHAPTER 13**
**Debtor**

                                                              :          **BANKRUPTCY NO. 15-158233**


**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

The Debtor has filed Objections to the Amended Proof of Claim No.3-2, filed by Colonial Savings in this case.

Your claim may be modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your attorney must attend the hearing on the objection, scheduled to be held before the Honorable Ashely M. Chan on August 30, 2016, at 11:00 A.M., in Courtroom No. 5, 900 Market St., Philadelphia, PA.  19107.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.


Date:  **July 18, 2016**                                       Attorney for Objector

                                                               DAVID A. SCHOLL
                                                               512 Hoffman Street
                                                               Philadelphia, PA.  19148
                                                               610-550-1765