## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
      AMBBER E. OVENS,                    : Chapter 13
                Debtor                      : BANKR. No. 15-15823

### CERTIFICATION OF SERVICE

      I, David A. Scholl, certify that I served a copy of the Debtor's Objections to the Amended Proof of Claim filed by Colonial Savings (No. 3-2), with accompanying Notice of the Hearing on August 30, 2016, and proposed Order, by letter sent to Joshua I. Goldman, Esquire, KML Law Group, 701 Market St., Philadelphia, PA. 19106, counsel for Colonial Savings identified on the Proof of Claim at issue, by first-class mail, postage pre-paid, sent on July 18, 2016. I have received no response from Colonial Savings to date.

,

Dated: August 26, 2016                          /s/David A. Scholl
                                                           512 Hoffman Street
                                                           Philadelphia, PA. 19148
                                                           610-550-1765
                                                           Attorney for the Debtor