# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amber E. Ovens<br>     Debtor<br><br>COLONIAL SAVINGS F.A.<br>     Movant<br>  vs.<br><br>Amber E. Ovens<br>     Debtor<br><br>William C. Miller Esq.<br>     Trustee | CHAPTER 13<br><br><br><br>NO. 15-15823 AMC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Amended Proof of Claim of COLONIAL SAVINGS F.A., which was filed with the Court on or about **June 28, 2016, Claim 3-2**.

                 Respectfully submitted,

                 **/s/ Joshua I. Goldman, Esquire**
                 Joshua I. Goldman, Esquire
                 Attorneys for Movant/Applicant
                 KML Law Group, P.C.
                 Main Number: (215) 627-1322

September 21, 2016