**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  AMBER E. OVENS, | : | CHAPTER 13 |
| Debtor | | |
| | : | BANKRUPTCY NO.  15-15823 |

**CERTIFICATION OF SERVICE**

I, David A. Scholl, certify that, on or before March 13, 2017, I served the Debtor's Motion to Amend Plan Post-Petition and Notice of the Hearing on the aforesaid Motion with an Answer Date of March 28, 2017, by first-class mail on all interested parties i.e., on all known creditors of the Debtor, the Chapter 13 Trustee, and the United States Trustee.

Dated: April 6, 2017

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765
Fax 267-639-9178
Attorney for the Debtor