IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

AMBER E. OVENS,                                                         : CHAPTER 13

Debtor

: BANKRUPTCY NO.  15-15328

ORDER PERMITTING DEBTOR TO REPLACE CONFIRMED AMENDED CHAPTER 13 PLAN WITH CLARIFIED SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this     day of April, 2017, no opposition arising, it is hereby

ORDERED that the confirmed Amended Chapter 13 Plan of the Debtor is replaced by the

Clarified Second Amended Plan of the Debtor.

_____