IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

AMBER E. OVENS,                                          : CHAPTER 13

Debtor

: BANKRUPTCY NO. 15-15328

ORDER PERMITTING DEBTOR TO REPLACE CONFIRMED AMENDED CHAPTER 13 PLAN WITH THIRD CLARIFIED SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this    day of June, 2017, having been advised that the referenced order is a satisfactory resolution of the Debtor's Motion to Amend her confirmed Amended Chapter 13 Plan to all interested parties, it is hereby ORDERED that the confirmed Amended Chapter 13 Plan of the Debtor is replaced by the Third Clarified Second Amended Plan of the Debtor attached hereto.

**Date: July 25, 2017**

_____
Ashely M. Chan
United States Bankruptcy Judge