United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15823-amc
Amber E. Ovens                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Jul 25, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2017.
db             +Amber E. Ovens,    410 Sycamore Avenue,    Croydon, PA 19021-6028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    COLONIAL SAVINGS F.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    COLONIAL SAVINGS F.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID A. SCHOLL    on behalf of Debtor Amber E. Ovens judgescholl@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

AMBER E. OVENS,  : CHAPTER 13

Debtor

: BANKRUPTCY NO. 15-15328

ORDER PERMITTING DEBTOR TO REPLACE CONFIRMED AMENDED CHAPTER 13 PLAN WITH THIRD CLARIFIED SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this    day of June, 2017, having been advised that the referenced order is a satisfactory resolution of the Debtor's Motion to Amend her confirmed Amended Chapter 13 Plan to all interested parties, it is hereby ORDERED that the confirmed Amended Chapter 13 Plan of the Debtor is replaced by the Third Clarified Second Amended Plan of the Debtor attached hereto.

**Date: July 25, 2017**

_____
Ashely M. Chan
United States Bankruptcy Judge