Certificate Number: 01401-PAE-DE-034752046

Bankruptcy Case Number: 15-15823



01401-PAE-DE-034752046

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2020, at 10:16 o'clock PM EDT, Amber E Ovens completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 7, 2020         By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager