## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  AMBER E. OVENS,                  :    CHAPTER 13

       Debtor                           : BANKRUPTCY NO. 15-15823

### ORDER DENYING REQUEST OF COLONIAL SAVINGS, FA, FOR FINAL CURE PAYMENT

AND NOW, this ____ day of February, 2021, it is hereby ORDERED as follows:

1. The Objections to the Request are SUSTAINED.

2. The Request to allow a $500 payment to Colonial Savings, FA for its unsuccessful Objection to the Debtor's Motion to Amend Her Confirmed Plan is DENIED.

_____

-

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  AMBER E. OVENS,                :       CHAPTER 13

       Debtor                                      : BANKRUPTCY NO. 15-15823A

**DEBTOR'S OBJECTIONS TO THE REQUEST OF COLONIAL SAVINGS, FA, ("Colonial") FOR A PAYMENT FOR ITS UNSUCCESSFUL OBJECTION TO THE DEBTOR'S MOTION TO AMEND HER CONFIRMED PLAN**

1. The Debtor's Amended Plan was confirmed on April 6, 2016.

2. On March 8, 2017, the Debtor filed a Motion to Amend her confirmed Plan.

3. On April 10, 2017, Colonial objected to the Motion to Amend.

4. Nevertheless, the Motion was granted by this court on July 25, 2017, and the Objection was overruled.

5. On December 10, 2020, the court sent a Notice to the Debtor's creditors that the Debtor had cured her arrears.

6. Colonial was not entitled to compensation for its unsuccessful Objection.

7. Nevertheless, on December 31, 2020, Colonial filed a Response to the Notice of cure, suggesting that it was entitled to $500 for filing this Objection

      WHEREFORE, the Debtor requests that this court will enter the Proposed Order accompanying the Objections, denying irs Request for the $500 for filing the Objection.

_____
/s/DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765