*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Amber E. Ovens
    Debtor(s)

Case No: 15–15823–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to The Request of Colonial Savings, FA "Colonial" For a Payment for its Unsuccessful Objection to the Debtor's Motion to Amend Her Confirmed Plan Filed by Amber E. Ovens

on: 2/4/21

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/8/21

Timothy B. McGrath
Clerk of Court

74 – 73
Form 167