United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 15-15823-mdc

Amber E. Ovens                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                                         Page 1 of 2
Date Rcvd: Jan 19, 2021                     Form ID: 138NEW                           Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amber E. Ovens, 410 Sycamore Avenue, Croydon, PA 19021-6028 |
| cr | | ECMC, PO BOX 16408, SAINT PAUL, MN 55116-0408 |
| 13590576 | | American Education Services, P.O. Box 51047, Harrisburg, PA 17106 |
| 13590577 | + | Bristol Township Sewer Dept., 2501 Bath Road, Bristol, PA 19007-2150 |
| 13751595 | | Colonial Savings, F.A., 2626 B West Freeway, Fort Worth, TX 76102 |
| 13841231 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13770370 | | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13590583 | | LISS Property Group, 12304 Baltimore Ave., Suite E, Lanham, MD 20706-1314 |
| 13600171 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13588478 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 07:00:42 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13590578 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 06:59:11 | Capital One Mastercard, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13674662 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jan 20 2021 06:52:00 | Colonial Savings & Loan, 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 13590579 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jan 20 2021 06:52:00 | Colonial Savings Bank, 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 13590581 | + | Email/Text: Harris@ebn.phinsolutions.com | Jan 20 2021 06:53:00 | Harris & Harris, Ltd., 111 West Jackson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 13590582 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2021 06:51:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 13590584 | | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 07:01:55 | SYNCB/Old Navy, P.O. Box 965005, Orlando, FL 32896-5005 |

TOTAL: 10

# BYPASSED RECIPIENTS

District/off: 0313-2                                      User: admin                                      Page 2 of 2
Date Rcvd: Jan 19, 2021                                  Form ID: 138NEW                                  Total Noticed: 19

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13590580 | | Edward M. Kostner, Sr., Unknown, Bristol, PA 19007 |
| cr | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor COLONIAL SAVINGS F.A. agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor COLONIAL SAVINGS F.A. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DAVID A. SCHOLL | on behalf of Debtor Amber E. Ovens judgescholl@gmail.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor COLONIAL SAVINGS F.A. Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor COLONIAL SAVINGS F.A. tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 10

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Amber E. Ovens

     Debtor(s)

Bankruptcy No: 15−15823−mdc

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

 4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

 5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 1/19/21

78 − 77
Form 138_new
